1  JACQUELYNE M. NGUYEN, Bar No. 249658
   LAW OFFICE OF JACQUELYNE M. NGUYEN
2  2900 BRISTOL STREET, A-208
   COSTA MESA, CA 92626
3  Telephone: (949) 722-0055
   Fax: (949) 722-8416
4  Email: jackie@jacquelynenguyenlaw.com

5  Attorney for: PLAINTIFF

6
7
8              UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA, | No. 2:15cv 1074 |
   |---|---|
12 | Plaintiff, | |
13 | vs. | COMPLAINT ON PROMISSORY NOTE |
14 | PHILLIP G. YORK, | |
15 | Defendant, | (DEPARTMENT OF EDUCATION) |

16
17 For its claim, the plaintiff alleges as follows:
18     This court has jurisdiction under Title 20 U.S.C.
19 §1080.  The defendant resides in the County of Los Angeles.
20 This claim arose in connection with a Government insured or
21 guaranteed student loan made by a private lender and
22 assigned to the United States.
23     Defendant is indebted to plaintiff on unpaid promissory
24 notes, signed by defendant in the principal amount of
25 $5,380.40, plus interest accrued to February 13, 2015, in
26 the sum of $12,324.62, with interest accruing thereafter at
27 7% per annum; plus administrative charges of $0.00, and
28 attorney's fees, and costs.

Defendant is in default under the terms of said notes and despite repeated demands upon him to pay, a balance is still owed.

WHEREFORE, plaintiff prays for judgment against defendant in the principal amount of $5,380.40, plus interest accrued to February 13, 2015, in the sum of $12,324.62, with interest accruing thereafter at 7% per annum; plus $0.00 for administrative charges, and attorney's fees, and costs.

DATED: February 13, 2015

_____
JACQUELYNE M. NGUYEN
ATTORNEY FOR THE PLAINTIFF